### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA
### WASHINGTON, D.C.

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.   1:22-cr-00317-TSC-1 |
| **KASEY V. HOPKINS** | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S SENTENCING MEMORANDUM

Attached for the Court's consideration at sentencing are the following letters:

1. Letter from Mr. Hopkins

2. Letter from Joseph Torchia

3. Letter from Laura Waldon

4. Letter from MaKayla John

5. Letter from Angie Byram

Collectively, these letters show and demonstrate that Mr. Hopkins is a respected member of the community with a successful business who regularly contributes to the greater good of his community.  His own letter is insightful and thoughtful and demonstrates genuine remorse for his bad judgment on January 6, 2022.

Counsel submits that these letters fairly support a finding that an appropriate sentence should consist of a sentence of one day of incarceration with credit for time

served, and perhaps coupled with a not insignificant fine in addition of course to the restitution already agreed to.

**WHEREFORE**, defendant, submits his sentencing memorandum.

Respectfully submitted:

/s/ John R. Osgood
JOHN R. OSGOOD
Attorney at Law, #23896
112 SW 3rd Street
Lee's Summit, MO  64063
Email: jrosgood@earthlink.net
Web site:   www.juris99.com
Office Phone: (816) 525-8200
Cellular Ph:   (816) 392-6751
Fax:             (913) 273 8489

CERTIFICATE OF SERVICE

I certify that a copy of this pleading has been caused to be served on the Assistant United States Attorney for District of Columbia, Washington, D.C. and other ECF listed counsel through use of the Electronic Court Document Filing System on March 30, 2023.
/s/ jro
JOHN R. OSGOOD