The Honorable Tonya S. Chutkan
United States District Court, District of Columbia

Dear Madame District Judge:

Ma'am you have my rap sheet and to my shame it's not a good one. For that matter I'm not sure if any rap sheet is "Good". I was sent to prison in the summer of 2002. It's important to me that you know… Prison was the single best thing to happen to me! It gave me the opportunity to reflect on my life and how I allowed myself to become such a drain on my loved ones and society. Up until prison I lived with nothing but regrets and had even less to offer. I knew one day I would be a free man and back in society. I knew that if I Never-Ever wanted to be in a place like prison then I needed to change EVERYTHING about me.

The 1st thing I did was to get brutally honest with myself… I was cocky and I was a cheat and a liar. I stole and used people. I manipulated people and took what wasn't mine. I used my past and my shortcomings as a crutch and never took responsibility for anything. I always blamed my circumstances for my allotment in life and blamed others for my shortcomings. Once I came to grips with the person I was. Then I had to accept that person. Once I did that, I took more time with myself to find out why, I was, the way, I was.

After getting through the hard part of truly accepting who I was. It became easier for me to understand the cycle of my life that led me to the person I had become. I was weak and scared. I feared everything and everyone. I never followed through with anything because I believed I was a failure and was not worth long-term happiness. So, I always played the short game. "Get what I can while the getting is good". I didn't care about the feelings of others because I didn't care about myself. And why would I feel good about myself. I never did anything, up to that point, in my young adult life to be proud of.

I didn't necessarily know what the next step was. And, I didn't have any experience with thinking this way and I was afraid to talk to others about it. It wasn't that I was afraid to open up to people. On the contrary, I knew I was still "100 %" a weak person. I had a fear that if I opened up to others, then I could possibly be miss-led into doing something, in my life, that was right for someone else, but not right for me and I could possibly put myself on a path that led to, yet another bad outcome. Not for nothing, but I was so over making bad decisions that led to bad outcomes…that lead to failure "thus" another excess…I Was Over It!

What to do? What now? Where could I go from here. How was I going to change if I couldn't ask anybody and if I didn't have the answers. Well... For the first time in my young life, I was okay with not knowing. I knew that I was no longer going to lie to myself, and I was no longer going to push my feelings aside. So, I simply let it go. Knowing that the answer would come. I became ok with standing-still. Realizing that standing-still is always better...than moving backwards. After a few weeks of silently meditating on "The Answer" the answer came to me. "Not Knowing What To Do" was the answer... Let me explain. If all I know is the wrong thing, then what I needed to do is ask myself... What I truly want to do, and then, do the opposite.

There it was... "The Answer" to my question. In that moment my life took on a new meaning. Everything had become new, and I had an excitement for life I hadn't had since I was a child.

In 2009, the day I came home I had a healthy fear that I wasn't ready. It was on me to find out if I truly learned anything. Well, my training was over, and it was on me to see if I was capable of being better than I had ever been before. I had a deep desire to make my wrongs right. I've heard that if you want to have a bright future you should start by cleaning up your past. So, with no money and no job I decided the first step was to get a job and get out of the honor center. I got hired on in the city of St. Louis at a place called Produce Row. It was hard work, the pay was terrible, and the hours were even worse. But, to me it was paradise.

Next, I got a job installing and making 20 dollars an hour. That was a fortune for me, and I was able to quit both of my other jobs. The first day on the job I fell 14 feet off a ladder and shatter red my heal in 4 pieces. I went to the hospital via ambulance. I couldn't believe it! Things were starting to finally go right and now I'm all busted up unable to walk. Still, I didn't let this get me down I worked through it and was determined to move forward.

I moved to Kansas and I got a job, with Norton Construction, installing gutters. It was during this time I met Angie Byram. She was fun and carefree and a great mom to her daughter Makayla. She seemed to have a lot going for her and a lot to offer. She seemed very sincere and honest, and I considered myself lucky to have met her. She was over two years out from her divorce. From what she told me her marriage was very bad, and it took her and me to put the pieces back together. She did her absolute best to provide for her and her daughter. We moved to a nicer neighborhood in Kansas for better schools. Makayla had many amazing high school experiences and was a cheerleader in her Junior & Senior years.

She's now graduated and a few relationships later she fell in love with, and married a young man named Vinny. Today one of my Grandsons is a beautiful 2-year-old named Jensen who knows me as his Popop. Makayla, Vinny, and my Grandson Jensen live around the corner from us.

I knew I didn't want to work for someone my entire life. I'm a felon, and I know there is a ceiling working the only jobs felons can get. So, I decided to make a career change and it had to be an "All or Nothing" Change. I decided to become a Window Contractor and start my own business using the skills I had learned and developed since being released.

Since owning Stateline, I have been able to establish a very good credit score and pay off 40 thousand dollars in back taxes to the IRS and pay off some old debts to friends. And, in the past 21 years, I have been able to cultivate deep meaningful relationships. I have been able to pay people back and Right Many of my Wrongs. I've made many amends and have become a person other people call a friend. I've lived my life trying to never be defined by my past, knowing it was a lesson… Not a life sentence! For the past 21 years of my life, I have tried to break generational curses so future generations can be free to live a full meaningful life without ever knowing hardship and deep regrets. I have lived in a way that needs no justification. That needs no excesses. I don't believe people can live split lives. Meaning, I believe we are who we are 100% of the time. We are the same at work as we are in life.

For over 21 years I have lived a better life than the first part of life. I have done more in 14 years that I've been free than some are able to do in their lifetimes. I have lived almost every day being haunted by my past, and I have lived almost every moment earning the right to ask those that my previous life brought harm, for their forgiveness. For the past 21 years I have done the opposite of what I previously did. I've lived a life that put smiles on faces instead of tears in eyes. I hope the way I've decided to show you the person I am helps you with your decision.

My company is Stateline Exteriors LLC. Stateline employs and sub-contracts around 18 people. We have serviced the Kansas City Metro area going on 7 years, and we have been trusted with thousands upon thousands of dollars, the saving of our customers, and their homes. Along the way we have helped many, many homeowners make their dreams come true. We have also made many great relationships and a lot of my customers I call friends.

Through Honor, Integrity, Character, and Hard Work my company - Stateline Exteriors - is one of the only exterior companies that I know to be 100% service free. Stateline has 99.9% - 5-star rating and I have over One hundred reviews spread across Google, Next Door, Yelp, Facebook, & Guild Quality. I care more about quality than I do money. I care more about building relationships than building my business, and I care more about leaving a good impression on people than a bad one.

I guess this brings us around to question of why I managed to get myself caught up in this situation. It was well intentioned in the beginning. But, it was not well thought through that day. When I saw the chaos occurring I should have used better judgment and headed home. I did not and for that I am truly sorry. I have followed this on the news and I now realize how frighten and terrorized our members of congress, staffers and Capitol law enforcement must have been. I am ashamed and very sorry for having contributed to imposing unnecessary fear and unjustified anguish on my fellow Americans who were their doing their best carry out the lawful transition of power. I will forever regret my decision to be a part of this.

Sincerely,

March 14, 2023

I am writing this letter to share with the courts a reference for Kasey Hopkins.

I have known Kasey for the last 5 years and am honored to call him my friend.

I first met Kasey as he represented a company and the window product they were providing to residential customers. From that first meeting I had sensed that he was a man of honor and a person I could trust. It turned out that by the time I was ready to have updates to my home Kasey had moved on and started his own business. What had not changed was the person that I had met that first time.

On his own and with a passion to make his family, friends, customers and his own lives better with his efforts, Kasey treated everyone fair and with the highest degree of honesty and integrity. Traits that are inherent in his soul and not in vain. I have witnessed Kasey help others just as others helped him at times. Especially at those times that may be a hard low in someone's life.

I would hope and ask that the courts take all of the good and positive aspects of Kasey into consideration as Kasey presents himself to his fellow man... He is a good person that has more to share of his life with those amongst us.

Respectfully,

Joseph J Torchia

Honorable Judge Tonya S. Chutkan,

I am writing in reference to Kasey Hopkins, who is appearing before your court due to Parading, Demonstrating or Picketing in a Capitol Building on January 6, 2021.

I was asked to write a character reference letter by Angie Byram, but the truth is that I was already planning on doing so before the request. I feel strongly about Kasey Hopkins, and about his future. I understand the seriousness of this matter however, I ask that your court show the utmost leniency in your choice of a sentence.

I can attest that Kasey has shown sincere remorse for his actions. Your Honor, Kasey is a good and honest person. He is a person of good moral character. I have known Kasey for nearly 8 years, and in that time have witnessed his dedication to his family and community. His grandchildren adore him, and the time he spends with them.

I have witnessed him work tirelessly to build a thriving business. He is enthusiastic and hard-working. Through this business he donates time and material to projects for local churches and charitable organizations, providing help to those in need.

While our relationship began as a business relationship (we hired his company to do work for us), it very quickly evolved into a close friendship. My husband is terminally ill, and Kasey steps up to help me without hesitation, anytime I call, regardless of the request.

Kasey has a very loving heart, filled with kindness and determination that has enabled him to pull his life back together after making admittedly poor decisions over 2 decades ago. Kasey is willing to do whatever it takes to make reparations; I just pray you will recognize the power you wield with regard to the future of his professional and personal life and allow him to continue to serve his community and be a present family man.

*Laura Waldon*

Laura Waldon

The Honorable Tonya S. Chutkan

United States District Court, District of Columbia

My name is MaKayla John and Kasey Hopkins is my step-dad. He may not be married to my mom anymore; however, he is still family to us, and he is still my son's 'pop-pop'. Now, I know you don't know me, but, if you did, you'd know that is a big deal for me to give someone that *title*. Also if you knew how protective I am of myself and my family, then these letters wouldn't be necessary at all.

I understand that Kasey has a past. I know about it all. I've known about it. It wasn't because of this January 6th thing that I found out about his past. He told me a very long time ago. He thought I deserved to know and form my own opinion about him, and I really respected (and still do) him for being 100% honest with a teenager who wasn't the nicest to him. Like I said in the beginning, I am very protective of myself and my family, and before my son was born that number one person was my mom. No guy has ever been good enough for my mom in my eyes. Any guy that came around had to fight damn hard for my approval, including Kasey.

Kasey is a wonderful person. He is my son's favorite person. He is my husband's second-best friend (behind me, of course). Kasey is my mom's best friend. I have learned a lot from him. I continue to learn from him, and he learns from me as well. We've had a lot of conversations about life and things. Kasey has helped me work through a lot of things as well. He helped me find my voice and stand up for myself and those around me. Sometimes he may regret that a little, because I am always the first one to call him out if its needed even on the silly things. And, as you can tell, the reason behind me writing this letter without him asking me to do so.

He is a very prideful person. He wouldn't ask any of us to write these letters. He'd rather write his own and do it all on his own. That is just who he is. He would rather take care of everyone else than have us take care of him. He would rather weather the storm and hold the umbrella for us, than us all get wet together. But, when you are the kind of person that Kasey is, you have people wanting to write these letters without being asked. Some of us even a little annoyed that he didn't ask, because we'd take any chance we can to brag about him. That's why we are doing it, because to us these letters aren't any kind of work or 'big ask'.

To me, these letters are just a way for us to let Kasey know that we've got his back just as much as he has ours. A positive throughout all of this. A way to show Kasey that we love him just as much as he loves us. We all know Kasey has a past. We all know Kasey has 'hard things', but we love him through it because that's the type of people Kasey deserves to have in his life. We all think this is a little crazy and not needed because we know the person that Kasey is today, and that person doesn't deserve to go through any of this. So, I'll end this in hopes that you share these with Kasey by saying; we love you Kasey and we've all got your back no matter what. I can't wait to see you back at home.

Respectfully,

*MaKayla John* (signature)

MaKayla John

The Honorable Tonya S. Chutkan

United States District Court, District of Columbia

Dear Madame District Judge,

My name is Angie Byram, and I am writing you to give you a sneak peak of Kasey Hopkins. He made it abundantly clear that he was Not going to ask anyone to write letters for him, however he never said that no one couldn't write letters for him. (Loops hole) So here I am.

I met Kasey in 2011, I was a single mom with a teenage daughter, MaKayla (Mack). My daughter had been dismissed by her real father. We were both broken but never really knew how much. We had night terrors, insomnia, and a whole basket full of known/unknown trauma.

My relationship with Kasey moved fast, but we were determined to make it! Mack had walls built up tall as a high rise.  Now it took time, but piece by piece Kasey was able to break down those walls and she finally let him in. She was able to open up and talk with him about everything. He taught her how to use her voice and set boundaries. In the past, When Isaac and or Kaidyn did not get their way, they would use love as a weapon, and they would disappear until they needed something again. Mack seen this and she was able to show Kasey she wasn't going anywhere, and she loved him. Slowly our night terrors and insomnia went away, and we felt safe! He was our missing puzzle piece.

Kasey was open about his past. The good, the bad, and the ugly. I was taken back because there was no way the man that I knew would have the capabilities to do those things. It was just that… it was his past and I would not judge him by it.

Kasey is a man of God, honesty, and integrity and I'm not saying that because of my love for him. He has shown this time and again.

I work better in list form so here we go. Note these are only a 'FRACTION' of what he does. I seriously could write a book.

The Kasey we all know:

1. Saved his dads (Claude) artwork-
    a. When his parents separated and they were losing the house, his mom mentioned that she wasn't worried about the art (she was Lil scorn at the time). Kasey immediately left Detroit rented a U-Haul and moved Every piece of his dad's art into his mom's apartment.
    b. His dad wrote a will stating that Kasey would get every single Piece of art, 263 to be exact. Kasey even built a room in his home to hold them.

2. Took care of his mom-
    a. When his dad died in a car crash there was never hesitation, mom was moving in, or in her own place, but in Kansas City. Kasey's friend had rental houses and by luck one was vacant. Kasey moved his mom into her own lil home that she just loved. Which Kasey paid the large majority of her monthly rent. She missed her husband but settled in amazingly well here in Kansas City and She was still able to cheer on her STL Cardinals. She even became a wiz at her new iPhone and social media!
        i. His mom and I were having dinner at Perkins, she was a bit sad that night and Kasey joined us after a sales appointment. A song came on and she said it remained her of dad. Kasey slid out of the booth, grabbed her hand and asked her for a dance. There they were, in the middle of Perkins slow dancing away for the entire song. When she said back down, she was glowing.

3. Bought Mack here first Car-
    a. He surprised her with a Honda Civic. Not new by any means but it ran and was safe. He taught her how to check the oil and her tire pressure. Sadly, the car was stolen but he was able to work in a few more window jobs and bought me a car so we could give her my car. Fast forward a few years he bought all his kids their cars!

4. Helps Random Strangers (All the Time, here are SOME examples)
    a. He was running a quick errand and was gone for a long while. When he came back, he told me that a single mom asked him for help putting air in her tires and upon him doing so, he noticed that cables were poking out of her tires. He immediately stopped, told her to go to Firestone and he bought her all new tires.
    b. Paying for people's gas. We will be at gas station, and he would see people buying a few dollars' worth of gas. Next thing you see is Kasey walking over to their car and pay for a full tank of gas.
    c. Giving rides to people that are walking in the rain or bitter cold and when they get to their destination, he gives them cash.
    d. Buying dinners for neighboring tables or inviting someone over to our table so they are not eating alone.
    e. Walking through Walmart, he will see people randomly and get a vibe. (A struggle vibe if you will.) He'll give me money and ask for me to give it to them. I say, "blessing to you" and walk away.
    f. Overly tipping staff at restaurants. We were at Steak n Shake a few months ago and our waitress was an older lady, a bit frail. Kasey said no one at that age would be working this late unless it was necessary. He left a large cash tip and walked out. She ran after us thinking he made a mistake, and he said nope that's for you. She broke down in tears and said that he had no idea what impact he just made. She asked for a hug, and he gave her the biggest hug.

5. Grandbabies/Supplied formula and diapers-
    a. When Mack and Vinny announced that they were expecting we were instantly Joyed! Once Jensen made his appearance Kasey gave Mack a credit Card. Told her that whenever she needed anything such as diapers, formula, to use it, no questions asked. He paid for the formula for a solid year without hesitation.
    b. Isaac and Blaze announced a year later that they were expecting. I would like to take this time to interrupt the letter and Thank Toyota for making the 4Runner very roomie so Kasey could pack it to the ceiling with goodies, wants, and needs for little Arlo. This happens every visit.
    c. I mean you have to spoil them, right? Kasey does just that. Not with just material item but with love. We see Jensen more often since he lives a few blocks away and to see the bond between the two of them is pretty awesome. I've only seen a bond like that between my daughter and her Grandma Sharon ( My X-mother in Law). With Arlo, he facetimes during the week and Arlo's face instantly lights up and giggles. He gets to see them as often as he can. With Isaac living in St. Louis and work schedules it can be tough. But the bond with Arlo and the growing relationship with Isaac is a blessing to see.

6. Community Service-
    a. Childrens home. He joined a local men's church group and in passing there was a discussion about a new children's home that was trying to pass inspection was having difficulty finding a contractor that knew what they were doing and could get this punch list completed. That is all Kasey needed to hear. He put a plan of action together and got the home ready for inspection.
    b. We belonged to a very small church that was up the street from our home. He said that every time he drove by, he felt a pull to go. The congregation was basically the preacher's family and their friends. He met the preacher grandson, the mother struggled financially due to her health. Kasey said he saw himself in the boy. Wearing hammy downs and shoes that were over warn or did not fit. Kasey wasn't having that so he talked to the mom, and she was over moon that Kasey wanted to be a part of his life in any way he could. She was honest and said that a cell phone would make their lives easier. Off to At&t Kasey went. New iPhone was given, and service was paid for a year.
    c. His neighbors mother recently passed and the daughter's water heater broke at 10:30pm. She called and asked for Kasey to look at it. From what he could see, there was no fixing it. He called his plumber to have it replaced and he would cover the cost.

7. Work Ethic-
    a. He is an early riser, and puts in a few hours of work before most people are out of bed.
    b. When he was installing, he would literally sit in the truck at the end of the night (which was always late evening) dredging coming into the house. The only reason for that was the amount of pain his heel would be in. Sometimes it would take him several minutes to walk 10 steps, but he would take those steps never complaining about working one bit.
    c. When he had the opportunity to buy the house he is in today. He was able to completely remodel this home in 30 days.
    d. He has a healthy dose of Perfectionist/OCD- Which leads to NEVER cutting corners. Do it once and do it right is how he lives.

8. StateLine Exteriors-
    a. He has built and cultivated an amazing company and his reviews confirm that. He gets greeting cards, invited to BBQ's, gifted random items continuously. Many customers have turned into great long-lasting friendships. He has an amazing eye for all projects. He helps the customers have fun during the process and they feel safe knowing that it is going to be done and done right.

9. Animal Lover-
    a. Never once has he told me no on helping an animal. He loves everything with a beating heart. Even got live mouse traps so he could capture and set free.
    b. Hazel-Nut is his puppy. (She 1 of 4) She's a pleasantly plump dachshund that stole his heart. Funny to see such a big guy get mushy with a lap dog.
    c. He Took in his daughter's dog Cash and sent him to a training camp. He is an amazing boy, however Cash needed land. Kasey hunted for the perfect home for Cash. He is now living on a 100-acre farm helping keep the livestock in line. We get updates often.
    d. He even Befriended ground hogs that were living under his front porch by giving them treats.

10. Gravity-
    a. Have you ever met someone and instantly felt like you knew them forever? This is what I hear when people are talking/meeting Kasey. I noticed it very early on and told him that he was like gravity. People are drawn to him. He doesn't know a stranger and strikes up a conversation with people everywhere he goes.

I can say with all my heart and soul this world can be ugly, but having Kasey in it is a blessing. He has impacted so many lives and doesn't want credit for any of it. With God as his corner stone, He is an outgoing do-gooder. He does these acts for God and not for man.

I have attached a few photos (Final Page) to get a glimpse of Kasey.

Sincerely,

Angie Byram

President of the Kasey Hopkins Fan Club.

913-433-4774