## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA
## WASHINGTON, D.C.

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>KASEY V. HOPKINS  )<br>)<br>Defendant.  ) | Case No.   1:22-cr-00317-TSC-1 |

## MOTION TO EXTEND THE SELF SURRENDER
## DEADINE WITH SUGGESTIONS

**COMES NOW** defendant Hopkins and moves the Court to extend his self surrender deadline to August 1, 2023.  Defendant has been designated to serve the sentence imposed in this case at the US Bureau of Prisons Transfer Point in Oklahoma City.  His current report date is May 10, 2023.

As this Court will recall, Mr. Hopkins is the owner and key man in a company called State Line Exteriors.  When sentenced in this case to four months, he had existing contracts for substantial projects for which he is responsible.  As customary, down payments have been made by customers and substantial funds have been expended or contracted for to supply materials to complete these jobs.

Based on the recommendation of the probation officer and prior sentences imposed by this Court, defendant was surprised at the amount of time imposed.  Be that as it may, he immediately commenced to reschedule and juggle jobs and contract commitments after

sentencing to avoid any contract breaches and loss of funds to suppliers and customers. His business is important to him and something he is proud of and his personal promise to himself has been to never let another supplier, customer or sub-contract down.

    Mr. Hopkins has now stopped signing new contracts and made arrangements to slow the business down significantly commencing August 1, 2023. It would greatly assist him and enable him to meet existing obligations if this Court would kindly extend his report date for self surrender from the current May 10 date to August 1, 2023.

    **WHEREFORE**, counsel moves the Court to enter an order directing defendant to self surrender on August 1, 2023.

Respectfully submitted:

/s/ John R. Osgood
JOHN R. OSGOOD
Attorney at Law, #23896
112 SW 3rd Street
Lee's Summit, MO  64063
Email: jrosgood@earthlink.net
Web site:   www.juris99.com
Office Phone: (816) 525-8200
Cellular Ph:   (816) 392-6751
Fax:              (913) 273 8489


CERTIFICATE OF SERVICE

    I certify that a copy of this pleading has been caused to be served on the Assistant United States Attorney for District of Columbia, Washington, D.C. and other ECF listed counsel through use of the Electronic Court Document Filing System on April 21, 2023.
/s/ jro
JOHN R. OSGOOD