UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) </br> ) </br> ) </br> ) </br> ) |
| v. | ) Criminal No. 22-317 (TSC) </br> ) |
| **KASEY HOPKINS**, | ) </br> ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

## ORDER

In accordance with the court's May 5, 2023 Minute Order, it is hereby

ORDERED that Defendant shall self-surrender to the Bureau of Prisons on August 1, 2023.

Date:  May 16, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge