#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### DISTRICT OF COLUMBIA
#### WASHINGTON, D.C.

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br> )<br>    Plaintiff, )<br> )<br>v.   )<br> )<br>**KASEY V. HOPKINS** )<br> )<br>    Defendant. ) | Case No.   1:22-CR-00317-TSC-1 |

### DEFENDANT'S MOTION TO
### TERMINATE PROBATION

On April 10, 2023 defendant was sentenced to a combined hybrid sentence of incarceration for four months and probation for 24 months on his misdemeanor plea to count 4 (DCD #32). Defendant severed his four months of imprisonment without incident and is now serving the two year probationary sentence.

Defendant reports monthly to the probation officer and completes paper work. Supervision is minimal and there have been no incidents.  Defendant continues to run his window installation business and is not active in any political clubs, organizations, or party politics.  He expressed remorse at sentencing and has moved on with his life.

Counsel took the position at sentencing that incarceration and probation could not be combined; however, the prosecution argued it was a permissible sentence.  It now appears that such a sentence is indeed illegal.  Rather than raise this in an 18 USC 2255 petition,

counsel suggests that this court simply enter an Order granting early termination of probation.

**WHEREFORE**, defendant moves the Court for an Order granting early termination of probation.

Respectfully submitted:

/s/ John R. Osgood
JOHN R. OSGOOD
Attorney at Law, #23896
112 SW 3rd Street
Lee's Summit, MO  64063
Email: jrosgood@earthlink.net
Web site:   www.juris99.com
Office Phone: (816) 525-8200
Cellular Ph:    (816) 392-6751
Fax:              (913) 273 8489

CERTIFICATE OF SERVICE

I certify that a copy of this pleading has been caused to be served on the Assistant United States Attorney for District of Columbia, Washington, D.C. and other ECF listed counsel through use of the Electronic Court Document Filing System on Friday, January 26, 2024.

/s/ jro
JOHN R. OSGOOD