# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   1:22-CR-00317-TSC-1 |
| ) | |
| KASEY V. HOPKINS ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO TERMINATE PROBATION

Defendant has a motion pending to terminate probation.  He has not filed a 2255 proceeding requesting resentencing and does not intend to do so.  He believes that termination of probation at this point is in the interests of justice when applying the factors under 18 USC 3553.  Having said this, he does not object to holding the decision in abeyance until the hybrid sentencing issue is more thoroughly discussed in pending litigation before the D.C. Circuit.

The government objects to the termination motion, harking back to old criminal conduct which could not be considered because of the age of the conviction, assuming this were a sentencing guideline case, which it is not.   This is the same "rent-a-prosecutor" borrowed from another government agency who initially did not understand the difference between a duplicitous complaint and a criminal information when commencing this prosecution.  Drudging up defendant's old criminal record as grounds for denying this

motion is something counsel has never seen in his many years as an assistant US Attorney and 20 years as a defense attorney. He should be ashamed.

Respectfully submitted:

/s/ John R. Osgood
JOHN R. OSGOOD
Attorney at Law, #23896
112 SW 3rd Street
Lee's Summit, MO  64063
Email: jrosgood@earthlink.net
Web site:  www.juris99.com
Office Phone: (816) 525-8200
Cellular Ph:   (816) 392-6751
Fax:             (913) 273 8489

CERTIFICATE OF SERVICE

I certify that a copy of this pleading has been caused to be served on the Assistant United States Attorney for District of Columbia, Washington, D.C. and other ECF listed counsel through use of the Electronic Court Document Filing System on Tuesday, February 13, 2024.

/s/ jro
JOHN R. OSGOOD