# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.   1:22-CR-00317-TSC-1<br>) |
| KASEY V. HOPKINS | )<br>) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO TERMINATE PROBATION

    Mr. Hopkins pled to parading, demonstrating and picketing at the US Capitol Building on January 6, 2021.  On April 11, 2023, he was sentenced to four months confinement and 24 months of probation to follow. He was released from confinement on November 29, 2023.  He has been under supervision and government control by pretrial services, US BOP, and US probation since his arrest on August 5, 2022.  He has had no disciplinary infractions while on pretrial release, while incarcerated, and now while on probation.  He continues to operate and run his Window installation and repair business and recently married his long time office manager and they reside together in their home in Kansas City, Kansas.

    Counsel believes that termination of probation at this point is in the interests of justice when applying the factors under 18 USC 3553.  He now deeply regrets being involved in the events on January 6, 2021 and realizes he made bad choices and decisions.

He has, as of this date, completed more that half of the probation and assures this Court he will continue to be a positive contributing member of his community, a responsible family man and a law abiding citizen.

**WHEREFORE**, defendant moves the Court to terminate his remaining probation.

Respectfully submitted:

/s/ John R. Osgood
JOHN R. OSGOOD
Attorney at Law, #23896
112 SW 3rd Street
Lee's Summit, MO  64063
Email: jrosgood@earthlink.net
Web site:   www.juris99.com
Office Phone: (816) 525-8200
Cellular Ph:   (816) 392-6751
Fax:              (913) 273 8489

CERTIFICATE OF SERVICE

I certify that a copy of this pleading has been caused to be served on the Assistant United States Attorney for District of Columbia, Washington, D.C. and other ECF listed counsel through use of the Electronic Court Document Filing System on Tuesday, December 3, 2024.

/s/ jro
JOHN R. OSGOOD